# GIRVIN & FERLAZZO, PC
## ATTORNEYS AT LAW

20 Corporate Woods Blvd.
Albany, New York 12211
tel: 518 462 0300
fax: 518 462 5037
www.girvinlaw.com

*Patrick J. Fitzgerald*
*Managing*
*pjf@girvinlaw.com*

September 7, 2017

**VIA FIRST CLASS MAIL**
Magistrate Christian F. Hummel
U.S. District Court
Northern District of New York
James T. Foley Courthouse
445 Broadway
Albany, New York 12207

Re:   Terese Meagher v. State University Construction Fund, et al.
      Index No. 1:17-cv-903 (GTS/CFH)

Dear Magistrate Hummel:

Please be advised that our firm has been retained by the Defendants to represent their interests in the above-referenced matter. I write at this time to request an extension of time for service of a response to the Complaint.

The matter was commenced on August 16, 2017 and I accepted service on behalf of the Defendant on August 22, 2017. As part of the agreement to accept service, Plaintiff's counsel agreed to an extension to reply to the Complaint.

Accordingly, and on consent of Plaintiff's counsel, we request that the Court extend the time for responding to Plaintiff's Complaint to October 23, 2017.

I thank the Court for its consideration in this matter.

Respectfully,

GIRVIN & FERLAZZO, P.C.

By: Patrick J. Fitzgerald

PJF/am
cc:   Thomas R. Fallati