UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

TERESE MEAGHER,

                              Plaintiff,                **DEFENDANTS'**
                                                      **NOTICE OF**
       -against-                             **MOTION TO DISMISS**

STATE UNIVERSITY CONSTRUCTION FUND,      1:17-cv-903 (GTS/CFH)
ROBERT HAELEN, in his official and individual
capacity, and JO ANNE DI STEFANO, in her
official and individual capacity,

                                Defendants.
_____

       PLEASE TAKE NOTICE that upon Defendants' Memorandum of Law dated October 27, 2017, and upon all prior pleadings and proceedings, Defendants will move this Court on December 21, 2017 at 10:00AM, or as soon thereafter as counsel can be heard, at the United States District Court, Northern District of New York, Syracuse, New York, for judgment pursuant to F.R.C.P. 12(b)(6), in favor of Defendants, dismissing the Plaintiff's case in its entirety.

Dated: October 27, 2017                ERIC T. SCHNEIDERMAN
       Albany, New York               Attorney General of the State of New York
                                          The Capitol
                                          Albany, New York 12224-0341

                                 By:  *s/Brian W. Matula*
                                          Brian W. Matula, Esq.
                                          Assistant Attorney General, of Counsel
                                          Bar Roll No. 511717
                                          Telephone: (518) 776-2599
                                          Fax: (518) 915-7738 (Not for service of papers.)
                                          Email: Brian.Matula@ag.ny.gov

TO:   Thomas R. Fallati, Esq.
        Tabner, Ryan & Keniry, LLP
        18 Corporate Woods Blvd.
        Albany, New York 12211
        trf@trklaw.com