**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK**

---

TERESE MEAGHER,

               Plaintiff,               No. 1:17-CV-0903
                                                (GTS/CFH)

    v.

STATE UNIVERSITY CONSTRUCTION
FUND, et al.,

               Defendant.

---

**CHRISTIAN F. HUMMEL
U.S. MAGISTRATE JUDGE**

| **APPEARANCES:** | **OF COUNSEL:** |
|---|---|
| Tabner, Ryan Law Firm<br>18 Corporate Woods Boulevard<br>Albany, New York 12211-2605<br>Attorney for plaintiff | THOMAS R. FALLATI, ESQ. |
| Attorney General for the<br>   State of New York<br>The Capitol<br>Albany, New York 12224<br>Attorney for defendants | BRIAN W. MATULA, ESQ.<br>Assistant Attorney General |
| Girvin, Ferlazzo Law Firm<br>20 Corporate Woods Boulevard<br>Albany, New York 12211-2350<br>Attorney for defendants | PATRICK J. FITZGERALD, III ESQ. |

## DECISION AND ORDER

On January 30, 2019, plaintiff filed a letter motion seeking to address certain discovery issues. Dkt. No. 45. On February 11, 2019, defendants filed a response.

Dkt. No. 47. On February 14, 2019, the Court conducted an on-the-record conference with counsel for all parties. As directed during that conference, and for the reasons stated at that time, which are incorporated herein by reference, it is hereby

**ORDERED**, that

(1) Defendants shall provide additional documents and interrogatory responses as directed by the Court during the February 14, 2019 conference;

(2) Any of plaintiff's medical records which are provided to defense counsel shall be designated "attorneys eyes only." Defense counsel may seek to have any such medical records designated as confidential so that they may be reviewed by defendant Joanne Di Stefano. If the parties are unable to agree regarding the designation of plaintiff's medical records, they may request Court intervention;

(3) The Uniform Pretrial Scheduling Order (Dkt. No. 24) is amended as follows:

(a) The deadline for the completion of discovery is extended to June 3, 2019;

(b) The deadline for the filing of dispositive motions is extended to July 31, 2019;

(c) The Mandatory Pretrial Scheduling Order as amended remains in full force and effect; and it is further

**ORDERED**, that the Clerk of the Court serve this Order on the parties in

2

accordance with the Local Rules.

**IT IS SO ORDERED**.

Dated: February 21, 2019
Albany, New York

Christian F. Hummel
U.S. Magistrate Judge